# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| LAWRENCE C. GREENE | :    BK. No. 18-15195-amc |
|     Debtor | : |
| |    Chapter No. 13 |
| SANTANDER BANK, N.A. | |
|     Movant | |
| v. | |
| LAWRENCE C. GREENE | |
|     Respondent |    11 U.S.C. §362 |

## MOTION OF SANTANDER BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY UNDER §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

Movant, by its attorneys, PHELAN HALLINAN DIAMOND & JONES, LLP, hereby requests a termination of Automatic Stay and leave to foreclose on its mortgage on real property owned by Debtor LAWRENCE C. GREENE.

1. Movant is **SANTANDER BANK, N.A.**

2. Debtor, LAWRENCE C. GREENE is the owner of the premises located at **5703 VIRGINIAN ROAD, PHILADELPHIA, PA 19141**, hereinafter known as the mortgaged premises.

3. Movant is the holder of a mortgage on the mortgaged premises.

4. Debtor's failure to tender monthly payments in a manner consistent with the terms of the Mortgage and Note result in a lack of adequate protection.

5. Movant wishes to institute foreclosure proceedings on the mortgage because of Debtor's failure to make the monthly payment required hereunder.

6. The foreclosure proceedings to be instituted were stayed by the filing of the instant Chapter 13 Petition.

7. As of October 3, 2019, Debtor has failed to tender post-petition mortgage payments for the months of August 2019 through October 2019. The monthly payment amount for the months of August 2019 through October 2019 is $474.09 each, for a total amount due of $1,422.27. The next payment is due on or before November 1, 2019 in the amount of $474.09.

8.    Movant, **SANTANDER BANK, N.A.,** requests the Court award reimbursement in the amount of $1,031.00 for the legal fees and costs associated with this Motion.

9.    Movant has cause to have the Automatic Stay terminated as to permit Movant to complete foreclosure on its mortgage.

10.    Movant specifically requests permission from the Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

11.    Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure 3002.1 be waived.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a.    modifying the Automatic Stay under Section 362 with respect to **5703 VIRGINIAN ROAD, PHILADELPHIA, PA 19141** (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors and assignees, to proceed with its rights under the terms of said Mortgage; and

b.    Movant specifically requests permission from this Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and

c.    waiving Federal Rule of Bankruptcy Procedure 3002.1; and

d.    Granting any other relief that this Court deems equitable and just.

<u>/s/ Jerome Blank, Esquire</u>
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

October 8, 2019