# BROCK AND SCOTT, LLP

610 Old York Road, Ste 200
Jenkintown, PA 19046
Phone Number: 844-856-6646
Fax Number: 704-369-0760

Andrew Spivack, Esquire
Bankruptcy Attorney

January 19, 2021

BRAD J. SADEK, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
SENT VIA REGULAR MAIL AND E-MAILED TO: brad@sadeklaw.com

RE:    Lawrence C. Greene
         Bankruptcy No. 18-15195-elf

Dear Counselor:

    Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on November 27, 2019.

    Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments for the month of November 2020 in the amount of $515.47, for the months of December 2020 through January 2021 in the amount of $551.66, less Debtor's suspense in the amount of $504.99. In order to cure this default, it will be necessary for your client to remit $1,113.80, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

    Your client's payment to cure this default should be remitted to: SANTANDER BANK, N.A., 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047 and made payable to SANTANDER BANK, N.A.

    If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

                                                      Bankruptcy Dept.
                                                      Brock and Scott, PLLC

cc:    Lawrence C. Greene
         SANTANDER BANK, N.A.

THIS FIRM IS A DEBTOR COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBTOR, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY